## STATE of Vermont v. Randall TINKER

[676 A.2d 785]

No. 95-126

March 13, 1996. The trial court erred in denying defendant's motion for acquittal for perjury, 13 V.S.A. § 2904. Our law "requires that perjury be proved by the testimony of two witnesses, or by the testimony of one witness with independent corroborating evidence." *State v. Wheel*, 155 Vt. 587, 607, 587 A.2d 933, 945 (1990). Where, as here, the State presents only one witness to testify as to the falsity of defendant's statements, "'[t]he independent corroborating evidence must be equal in weight to the testimony of another witness, and it must be, by itself, inconsistent with the innocence of the defendant.'" *State v. Tonzola*, 159 Vt. 491, 497, 621 A.2d 243, 246 (1993) (quoting *People v. Fueston*, 717 P.2d 978, 980 (Colo. Ct. App. 1985) (citation omitted), *rev'd on other grounds*, 749 P.2d 952 (Colo. 1988)).

In the instant matter, the State failed to present independent evidence to corroborate the falsity of defendant's statements. Consequently, defendant's conviction cannot stand, and a judgment of acquittal must be entered.

*Reversed; judgment of acquittal entered.*